478 A.2d 105

Commonwealth v. Smith, Appellant.
Petition for Allowance of Appeal
Denied Jan. 9, 1985.

Argued May 17, 1984.   Peter B. Skeel, for appellant;  Howard C. Klebe, for appellee.

Before CAVANAUGH, POPOVICH and HESTER, JJ.

Order affirmed.